

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00139-CV

| | | |
|---|---|---|
| Vicki Saulnier | § | From the 431st District Court |
| v. | § | of Denton County (16-02430-431) |
| Danita Haase, Greg Collins, Lourinda Willey, Richard Nygren, and Scott Brown | § | April 20, 2017 |
| | § | Opinion by Justice Meier |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the order of the trial court is reversed and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that Appellees Danita Haase, Greg Collins, Lourinda Willey, Richard Nygren, and Scott Brown shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
       Justice Bill Meier